| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>HIGGINBOTHAM, PATRICK E | 2. Court or Organization<br>U.S. COURT OF APPEALS, FIFTH | 3. Date of Report<br>4/30/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U.S. CIRCUIT JUDGE (ACTIVE) | 5. ReportType (check appropriate type)<br>◯ Nomination, Date<br>◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>1100 COMMERCE, ROOM 1302<br>DALLAS, TX 75242 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**  - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE, CHAIR, BOARD OF TRUSTEES | THE CENTER FOR AMERICAN & INTERNATIONAL LAW (FORMERLY THE SOUTHWESTERN LEGAL FOUNDATION) |
| 2. | BOARD OF OVERSEERS | RAND - INSTITUTE FOR CIVIL JUSTICE |
| 3. | ETHICS 2000 COMMISSION, MEMBER | AMERICAN BAR ASSOCIATION |
| 4. | CO-INDEPENDENT EXECUTOR | TRUST #1 |
| 5. | INDEPENDENT EXECUTOR | TRUST #2 |

# II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**  - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED FINANCIAL DISCLOSURE OFFICE MAY 19 12 55 PM '04

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HIGGINBOTHAM, PATRICK E | 4/30/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | SMU (TEACHING - SPRING) | 15000.00 |
| 2. | 2003 | MATTHEW BENDER (WRITING) | 1216.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | SEE ATTACHMENT | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BANK OF AMERICA ACCOUNT | A | Interest | J | T | | | | | |
| 2. IRA, BANK OF AMERICA | B | Interest | M | T | | | | | |
| 3. PHOENIX GROWTH FUND (MUTUAL FUND) | A | Dividend | K | T | | | | | |
| 4. BANK ONE ACCOUNTS | A | Interest | K | T | | | | | |
| 5. IRA, BANK OF AMERICA (MONEY MARKET) | E | Interest | J | T | | | | | |
| 6. BEAL BANK ACCOUNTS | B | Interest | K | T | | | | | |
| 7. CHASE ACCOUNT (TRUST #1) | A | Interest | J | T | | | | | |
| 8. TRUST #1 | | None | J | W | | | | | |
| 9. NEW YORK LIFE INSURANCE COMPANY | A | Interest | J | T | | | | | |
| 10. VERIZON COMMON STOCK | A | Dividend | K | T | | | | | |
| 11. TRUST #2 | | None | J | W | | | | | |
| 12. MERRILL LYNCH MONEY MARKET ACCOUNT | A | Interest | L | T | | | | | |
| 13. MERRILL LYNCH MONEY MARKEY ACCOUNT | A | Interest | J | T | | | | | |
| 14. DQE CAPITAL CORPORATION (CORP BOND) | B | Interest | K | T | | | | | |
| 15. AMERICAN GEN CAP 1 (CORP BOND) | B | Interest | K | T | | | | | |
| 16. BANK ONE CAPITAL 1 (CORP BOND) | B | Interest | K | T | | | | | |
| 17. GEORGIA ST. RFDG SER E (MUNI BOND) | A | Interest | K | T | | | | | |
| 18. WALTON CO GA DEV AUTH IDR WALRON MFG CO (MUNI BOND) | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. GEORGE L. SMITH II GA WLD CONGR RV (MUNI BOND) | A | Interest | J | T | | | | | |
| 20. RICHMOND CNTY GA WTR-SEW REV (MUNI BOND) | B | Interest | K | T | | | | | |
| 21. FULTON CO GA DEV AT SPL FACS REV DELTA AIR LINES (X) | A | Interest | J | T | | | | | |
| 22. FULCO GA HOSP AT REV ANT CTFS HLTH SYS (MUNI BOND) | B | Interest | K | T | | | | | |
| 23. FULTON CNTY GA DEV AT RV GA TECH FNDTN (MUNI BOND) | A | Interest | J | T | | | | | |
| 24. AGL RSOURCES INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 25. AT&T CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 26. COMCAST CORP COMMON STOCK | | None | J | T | | | | | |
| 27. DTE ENERGY COMPANY COMMON STOCK | A | Dividend | J | T | | | | | |
| 28. EXXON MOBIL CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 29. DUKE ENERGY CORP CONV | A | Interest | J | T | | | | | |
| 30. POST PROPERTIES INC REIT | A | DIV/CAP GAI | J | T | | | | | |
| 31. MS QUALITY MUN SECS (MUTUAL FUND ) | A | Dividend | J | T | | | | | |
| 32. PIMCO TOTAL RETURN FD (MUTUAL FUND) | A | DIV/CAP GAI | J | T | | | | | |
| 33. BELL SOUTH CORP (X) | A | Dividend | J | T | | | | | |
| 34. CINERGY CORP COM (X) | A | Dividend | J | T | | | | | |
| 35. VAN KAMPEN SENIOR INCM TR (X) | A | Dividend | J | T | | | | | |
| 36. GENERAL ELECTRIC (X) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. PIONEER HIGH YIELD FUND CLASS C (X) | A | Dividend | J | T | | | | | |
| 38. AT&T COMMON STOCK | A | Dividend | J | T | | | | | |
| 39. CHATHAM CNTY GA HOSP REV (X) | A | Interest | J | T | | | | | |
| 40. FULCO GA HSP AT RV ANTIC CTFS ST JOSEPHS (X) | B | Interest | K | T | | | | | |
| 41. CHEROKEE CO GA HOSP AUTH RV CTFS REF MBIA (X) | B | Interest | K | T | | | | | |
| 42. SAVANNAH GA HOSP AUTH RV CANDLER HSP (MUNI BOND) | A | Interest | | | SOLD | 01/03 | K | | |
| 43. SAVANNAH GA HOSP AUTH RV ST JOSEPHS HOSP (MUNI BOND) | A | Interest | | | SOLD | 07/01 | J | | |
| 44. COMED FINANCING I (CORP BOND) | A | OID | | | SOLD | 03/20 | J | | |
| 45. LUCENT TECHNOLOGIES, INC (X) | | None | J | T | | | | | |
| 46. MS MUN INC OPPT ST III (X) | A | Interest | J | T | | | | | |
| 47. RENTAL PROPERTY, PENSACOLA, FL. | E | Rent | M | R | BUY | 02/24 | M | | |
| 48. ROYALTY INTEREST, TULSA, OK | C | Royalty | J | W | BUY | 01/15 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HIGGINBOTHAM, PATRICK E | 4/30/2004 |

## VII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HIGGINBOTHAM, PATRICK E | 4/30/2004 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>HIGGINBOTHAM, PATRICK E | Date of Report<br><br>4/30/2004 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature    Date  5.12.04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

## SECTION IV. REIMBURSEMENTS AND GIFTS

Attachment to AO-10 - Financial Disclosure Statement

Patrick E. Higginbotham
Report Dated 4.30.04

| SOURCE | DESCRIPTION |
|---|---|
| Stanford Law School | Lecturer, Stanford, CA<br>March 10-12<br>(transportation, parking, lodging, meals) |
| RAND, Institute for Civil Justice Meeting | Participant - Santa Monica, CA<br>March 27-28<br>(transportation, parking, lodging, meals) |
| American College of Trial Lawyers | Speaker, Biloxi, MS<br>May 2-3<br>(transportation, parking, lodging, meals) (S) |
| American Bar Association Section of Litigation | Speaker, Park City, Utah<br>June 19-20<br>(transportation, parking, lodging, meals) |